IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC MAXWELL,<br>    Petitioner | :<br>:<br>: |
| vs. | :   CIVIL NO.:   **3:92-CV-0628**<br>:   (JUDGE NEALON)<br>:   (MAGISTRATE JUDGE BLEWITT) |
| ANDY DOMOVICH, <u>ET</u> <u>AL.</u>,<br>    Respondents | :<br>:<br>: |

<u>ORDER</u>

**AND NOW**, this 6th day of February, 2012, in accordance with the Memorandum of this date, **IT IS HEREBY ORDERED THAT**:

(1) Petitioner's motion for relief from judgment (Doc. 25) is **DENIED**;

(2) The Clerk of Court is directed to **CLOSE** this case; and

(3) There is no basis for the issuance of a certificate of appealability.

                              s/ William J. Nealon
                              United States District Judge