IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC MAXWELL,<br>    Petitioner | : | |
| | : | |
| vs. | : | CIVIL NO.:     3:92-CV-0628 |
| | : | (JUDGE NEALON) |
| | : | (MAGISTRATE JUDGE BLEWITT) |
| ANDY DOMOVICH, ET AL.,<br>    Respondents | : | |
| | : | |

<u>ORDER</u>

**AND NOW**, this 6th day of February, 2012, in accordance with the Memorandum of this date, **IT IS HEREBY ORDERED THAT**:

(1) Petitioner's motion for relief from judgment (Doc. 25) is **DENIED**;

(2) The Clerk of Court is directed to **CLOSE** this case; and

(3) There is no basis for the issuance of a certificate of appealability.

                              <u>s/ William J. Nealon     </u>
                              United States District Judge